FILED
HARRISBURG, PA
FEB 19 2003
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk
2-20-0

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DIAMOND TRIUMPH AUTO GLASS, INC., :
:
        Plaintiff, : NO. 3:CV-02-0514
: (James M. Munley)
vs. :
:
SAFELITE GLASS CORPORATION, :
:
        Defendant. :

### AFFIDAVIT OF ROBERT L. PERSCHY

STATE OF CONNECTICUT    :
: SS: Hartford
COUNTY OF __Hartford__    :

Before me, the undersigned notary public, this day personally appeared Robert L. Perschy, to me known, who being duly sworn according to law, deposes and says as follows:

I, Robert L. Perschy, am the Glass Claims Manager of Hartford Fire Insurance Company ("Hartford").

1. Plaintiff Diamond Triumph Auto Glass, Inc. has served a First Request for Production of Documents ("Request") upon defendant Safelite Glass Corporation that requests, *inter alia*, documents that contain proprietary and confidential information of Hartford.

2. Specifically, the Request seeks documents that contain:

   a. The Hartford-Safelite agreement and documents used or made during negotiations of that agreement. (Request, ¶¶ 4, 5, 9, 35, 36);

   b. Transcripts of all first notice of loss calls with Hartford insureds. (Request, ¶¶ 1, 5, 36);

   c. The script Safelite uses for the Hartford glass program when taking first notice of loss calls. (Request, ¶¶ 5, 14);

   d. Policy and procedure manuals governing Safelite's call center activities performed. (Request, ¶¶ 11-15);

   e. Detailed information regarding Hartford pro forma letters and other correspondence. (Request, ¶¶ 11-15);

   f. Detailed information about Hartford insureds' glass claims and any database information about insureds that Hartford shares with Safelite. (Request, ¶¶ 2, 18, 23, 24);

-2-

g.  Details about the number of Hartford glass claims for which the work is performed by Safelite, network affiliates, and other glass shops. (Request, ¶¶ 17, 23);

h.  Hartford's claims pricing for jobs performed by Safelite, network affiliates, and other glass shops. (Request, ¶¶ 4, 6, 27, 42);

i.  Details about Hartford's reasonable and customary pricing and other documents used to determine what that reasonable and customary pricing should be. (Request, ¶¶ 4, 6, 27, 42);

j.  Details about payments and/or reimbursements made by Hartford to Safelite, network affiliates, and other glass shops. (Request, ¶¶ 4, 6, 27, 42);

k.  Any audits or quarterly reports about Hartford's glass claims. (Request, ¶¶ 17, 27, 38).

3.  If such documents containing proprietary and confidential information of Hartford were produced as requested in the Request, without appropriate safeguards, Hartford would suffer irreparable harm as a result of disclosure of proprietary and confidential information.

4.  In addition the Request seeks documents that, which if produced, would infringe on the privacy rights of Hartford's insured.

5. Hartford wishes to intervene in the above-captioned litigation for the purpose of seeking a protective order pursuant to Fed. R.Civ. P. 26(c) in order to protect its proprietary and confidential information, as well as its insureds' privacy rights.

6. Hartford became aware of the Request on November 5, 2002, and immediately began to investigate ways to avoid the dissemination of its proprietary and confidential information, including engaging counsel to file a motion to intervene in the litigation.

_____
ROBERT L. PERSCHY

Sworn to and subscribed
before me this 19th day
of February, 2003.

_____
Notary Public

My Commission Expires:

FIONA KELLY ROSENBERG
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2003, I served a copy of the foregoing document upon counsel and parties of record by United States First Class Mail, postage prepared, addressed as follows:

Charles J. Lloyd, Esquire
Kristin Loodrup, Esquire
Matthew P. Lewis, Esquire
Livgard & Rabuse, P.L.L.P.
2520 University Avenue, SE, Suite 202
Minneapolis, MN  55414

Charles A. Shea, III, Esquire
387 Wyoming Avenue
Kingston, PA  18704

Richard Bishop, Esquire
James Shoemaker, Esquire
Hourigan, Kluger & Quinn
434 Lackawanna Avenue, Suite 200
Scranton, PA  18503

Elizabeth A. McNellie, Esquire
Elizabeth L. Hendershot, Esquire
Robert M. Kincaid, Jr., Esquire
Baker & Hostetler LLP
65 E. State Street
Suite 2100
Columbus, OH  43215

_____
Randy L. Varner (81943)