IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diamond Triumph Auto Glass, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Safelite Glass Corporation, <br><br> Defendant. | Civil Action No. 3:CV-02-0514 <br><br> (Judge James M. Munley) <br><br> FILED ELECTRONICALLY |

**DEFENDANT SAFELITE GLASS CORP.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS II AND IV**

Defendant Safelite Glass Corp. moves the Court as follows:

1. To dismiss Plaintiff's claims in Count II of the Amended Complaint on the grounds that neither Ohio nor Pennsylvania recognize a separate cause of action for breach of an implied duty of good faith and fair dealing where the plaintiff has also alleged a cause of action for breach of contract.

2. To dismiss Plaintiff's claims in Count IV of the Amended Complaint under the Maryland Consumer Protection Act, Md. Code Ann., Com. L, §§ 13-101 et seq., on the ground that Plaintiff, a non-consumer, does not have standing to sue under the Maryland statute.

- 2 -

3. To dismiss Plaintiff's claim in Count IV of the Amended Complaint under the Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196 et seq., on the ground that Plaintiff, a non-consumer, does not have standing to sue under the Virginia statute.

The reasoning in support of this motion is more fully set forth in the accompanying memorandum of law.

Dated:       April 29, 2003                    Respectfully submitted,


                                               /s/ Laura E. Ellsworth

                                               JONES DAY
                                               Laura E. Ellsworth
                                               JONES DAY
                                               500 Grant Street, Suite 3100
                                               Pittsburgh, PA 15219-2502
                                               Telephone:  (412) 391-3939
                                               Facsimile:   (412) 394-7959
                                               leellsworth@jonesday.com

                                               Charles A. Shea, III
                                               387 Wyoming Avenue
                                               Kingston, PA  18704
                                               Telephone:  (570) 288-4335
                                               Facsimile:   (570) 288-6003

                                               Counsel for Defendant
                                               SAFELITE GLASS CORP.

## CERTIFICATE OF NON-CONCURRENCE

I, Charles A. Shea III, certify that, in accordance with Local Rule 7.1, I sought concurrence from Charles J. Lloyd, plaintiff Diamond Triumph's counsel of record, for dismissal of Diamond Triumph's claims under Counts II and IV of the Amended Complaint, and that such concurrence was denied.

/s/ Charles A. Shea III

## CERTIFICATE OF SERVICE

Laura E. Ellsworth, being first duly sworn, deposes and says that on the 29th day of April, 2003, true and correct copies of Defendant Safelite Glass Corp.'s Motion for Partial Summary Judgment on Counts II and IV and Certificate of Non-Concurrence in the above-captioned matter was served via United States mail, postage prepaid, upon the following counsel of record at their last known address:

Stephen N. Huntington, Esq.
Huntington Hodge & Franklin, PC
1500 John F. Kennedy Boulevard
Suite 1032
Philadelphia, PA 19102
Counsel for Integon Corporation
National General Insurance Company
National General Assurance Company
MIC General Insurance Company, trading as
GMAC Insurance Company Personal Lines

Paul B. Bech, Esq.
Bazelon Less & Feldman, PC
1515 Market Street, Suite 700
Philadelphia, PA 19102
Counsel for Erie Insurance Exchange

William C. Foster, Esq.
Kelly, McLaughlin, Foster, Bracaglia, Daly, Trabucco & White, LLP
1617 John F. Kennedy Boulevard
Suite 1690
Philadelphia, PA 19103
Counsel for Liberty Mutual Insurance Company and its affiliates
Peerless Insurance Company and its affiliates

PII-1083843v2
100045 - 600001

Joseph A. Murphy, Esq.
Murphy Piazza & Genello, PC
Scranton Life Building
538 Spruce Street, Suite 300
P.O. Box 909
Scranton, PA 18501
Counsel for One Beacon Insurance

C. James Zeszutek, Esq.
Barry L. Cohen, Esq.
Thorp Reed & Armstrong, LLP
2005 Market Street, Suite 2020
Philadelphia, PA 19103
Counsel for Progressive Mutual Casualty Company
Progressive Casualty Insurance Company

Dwayne Stanley, Esq.
Drinker, Biddle & Reath, LLP
One Logan Square
Eighteenth and Cherry Streets
Philadelphia, PA 19103
Counsel for State Auto Insurance

Paul W. Minnich, Esq.
Barley, Snyder, Senft & Cohen, LLC
100 East Market Street
P.O. Box 15012
York, PA 15012
Counsel for USAA

Kathryn A. Dux
German, Gallagher & Murtagh, P.C.
200 South Broad Street, Suite 500
Philadelphia, PA  19102
Counsel for American Family Mutual Insurance Company

- 2 -

Kathleen A. Walsh, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
401 Adams Avenue, Suite 400
Scranton, PA 18510
Counsel for Grange Mutual Casualty Company
Central Mutual Insurance Company
The Travelers Indemnity Company
First Trenton Indemnity Company
The Premier Insurance Company of MA
Federal Insurance Company, for itself and
the Chubb Group of Insurance Companies

Donna L. Fisher, Esq.
Randy L. Varner, Esq.
Pepper Hamilton LLP
200 One Keystone Plaza
Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108
Counsel for Hartford Fire Insurance Company
Atlantic Mutual Insurance Company
Farm Bureau Mutual Insurance Company of Idaho

Robert T. Horst, Esq.
Nelson Levine de Luca & Horst, LLC
Four Sentry Parkway, Suite 300
Blue Bell, PA  19422
Counsel for National Grange Mutual Insurance Company
Old Dominion Insurance Company, and their Affiliates
GE Property & Casualty Insurance Company and its Affiliates
Nationwide Mutual Insurance Company
Royal & SunAlliance
Metropolitan Property Casualty Insurance Company, and its Affiliates

Warren E. Voter
Sweeney & Sheehan, P.C.
19th Floor
1515 Market Street
Philadelphia, PA  19102
Counsel for California State Automobile Association Inter-Insurance Bureau
Western United Insurance Company

- 3 -

Jay Barry Harris
Fineman & Bach, P.C.
1608 Walnut Street, 19th Floor
Philadelphia, PA  19103
Counsel for Farmers Insurance Exchange
Civic Property & Casualty Co., Inc.
Exact Property & Casualty Co.
Farmers New Century Insurance Company
Farmers Insurance Company of Arizona
Farmers Insurance of Columbus, Inc.
Farmers Insurance Company of Idaho
Farmers Insurance Company of Oregon
Farmers Insurance Company of Washington
Farmers Insurance Company, Inc.
Farmers Texas County Mutual Insurance Co.
Fire Insurance Exchange
Illinois Farmers Insurance Company
Mid-Century Insurance Company
Mid-Century Insurance Company of Texas
Neighborhood Spirit Property & Casualty Co., Inc.
Texas Farmers Insurance Company
Truck Insurance Exchange
New Century Insurance Company

R. James Reynolds, Jr.
Thomas, Thomas, Armstrong & Niesen
212 Locust Street, Suite 500
P.O. Box 9500
Harrisburg, PA  17108-9500
Counsel for Rain and Hail, LLC

Michael A. Zagaroli, Esq.
Benjamin A. Zainea, Esq.
Mika, Meyers, Beckett & Jones, PLC
900 Monroe N.W.
Grand Rapids, MI  49503
Counsel for Great Lakes Casualty Insurance Company

- 4 -

R. John Street
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 2700
Chicago, Illinois  60606
Counsel for Continental Casualty Company
Trinity Universal Insurance Company
Infinity Property and Casualty Company

Patrick C. Lamb, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
1880 J.F.K. Boulevard
Suite 1200
Philadelphia, Pa  19103
Counsel for Interveners collectively known as the "AIG Companies"

Linda S. Kaiser
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA  19103

Michael A. Finio
Saul Ewing LLP
Two North Second Street
7th Floor
Harrisburg, PA  17101

Attorneys for Selective Insurance Company of America
Selective Way Insurance Company
Selective Insurance Company of New York
Selective Insurance Company of the Southeast
Selective Insurance Company of South Carolina

- 5 -

- 6 -

Tracey A. Wilson, Esq.
Law Offices of James W. Harvey
Rosslyn Commons
333 Baldwin Road, 5th Floor
Pittsburgh, PA  15205
Counsel for Safeco Insurance Company of America

Brian T. Guthrie
18th and Cherry Streets
One Logan Square
Philadelphia, PA  19103-60996

Joseph E. Kluger
Hourigan, Kluger, and Quinn, P.C.
600 Third Avenue
Kingston, PA  18704-1867

/s/ Laura E. Ellsworth